AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 15, 2026**

SEAN F. McAVOY, CLERK

RONALD SATISH EMRIT,

*Plaintiff*

v.

BARACK OBAMA, et al.,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:26-cv-00168-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✔ other:   This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).
Plaintiff's application to proceed in forma pauperis, ECF No. 2, is DENIED as moot.
The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.
Judgment of Dismissal with Prejudice is entered.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

✔ decided by Judge   MARY K. DIMKE _____

Date:   4/15/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*